UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CAROLINE MERGOGEY,<br><br>       Plaintiff,<br><br>  v.<br><br>SANOFI-AVENTIS U.S., LLC and SANOFI US SERVICES INC.,<br><br>       Defendants. | Case No. 1:23-cv-00495-AKB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation of Dismissal (Dkt. 23) and Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii),

**IT IS HEREBY ORDERED** that this case is **DISMISSED with prejudice**. Each party shall bear its own attorney fees and costs. The Clerk is directed close this case.

DATED: March 18, 2024

Amanda K. Brailsford
U.S. District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1